JEFFREY L. HOGUE, ESQ. (SBN 234557)
TYLER J. BELONG, ESQ. (SBN 234543)
BRYCE A. DODDS, ESQ. (SBN 283491)
**HOGUE & BELONG**
430 Nutmeg Street, Second Floor
San Diego, CA 92103
Telephone No:  (619) 238-4720
Facsimile No:   (619) 270-9856

Attorneys for Plaintiff Robert Arriaga

# UNITED STATES DISCTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ARRIAGA, individually and on behalf of all others similarly situated;<br><br>vs.<br><br>IAC/InterActiveCorp, a Delaware corporation;<br><br>Defendant. | CASE NO.: 5:14-cv-04656-NC<br><br>**STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Date:      January 21, 2015<br>Time:      1:00 p.m.<br>Judge:     Hon. Nathanael Cousins<br>Courtroom: 7, 4th Floor, San Jose Division |

Plaintiff submits this "Statement of Non-Opposition" to Defendant's Motion to Compel Arbitration and Stay Litigation ("Motion"), filed on December 12, 2014 as ECF Doc. no. 9.

In that Motion, Defendant specifically requests an order "compelling Plaintiff to arbitrate all claims set forth in the Antitrust Class Action Complaint" and "staying (or dismissing) this action pending the conclusion of said arbitration." ECF Doc. no. 9, at pp. 1:25–2:1.

Plaintiff does not oppose Defendant's request for binding arbitration, agrees this action should be stayed pending the conclusion of binding arbitration, and has stipulated with Defendant that the matters raised in the Motion are for the arbitrator to decide. *See*, ECF Doc. no. 11.

Dated:  December 26, 2014                **HOGUE & BELONG**

/s/ *Jeffrey L. Hogue*
JEFFREY L. HOGUE
TYLER J. BELONG
BRYCE A. DODDS
Attorneys for Plaintiff and on behalf of those similarly situated

-1-                CASE NO. 5:14-cv-04656-NC