KURT A. KAPPES (SBN 146384)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com

Attorneys for Defendant
IAC/InterActiveCorp

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ARRIAGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IAC/InterActiveCorp, a Delaware corporation,<br><br>Defendant. | CASE NO.  5:14-cv-04656 (NC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Date:      January 21, 2015<br>Time:      1:00 p.m.<br><br>Location:  Courtroom 7<br>           San Jose Courthouse<br>           280 South 1st Street<br>           San Jose, California 95113 |

WHEREAS, on December 12, 2014, Defendant IAC/InterActiveCorp filed a Motion to Compel Arbitration and Stay Litigation (the "Motion") in the action titled ROBERT ARRIAGA vs. IAC/InterActiveCorp, designated as Case No. 5:14-cv-04656 (NC) (the "Action");

WHEREAS, upon reviewing Defendant's papers in support of the Motion, Plaintiff's counsel contacted Defendant's counsel to agree to arbitration and stay the Action pending conclusion of the arbitration;

IT IS HEREBY STIPULATED between the Parties, through counsel, as follows:

## STIPULATION:

The Parties agree that they entered into and are bound to arbitrate the above-referenced claims by the Severance and General Release Agreement (the "Arbitration Agreement");

The Parties agree that Defendant's Motion to Compel Arbitration and Stay Litigation shall be GRANTED in its entirety;

Plaintiff agrees to submit Plaintiff's claims at issue in the above-referenced Action to final and binding arbitration pursuant to the Arbitration Agreement;

The Parties agree that this Action should be stayed pending arbitration and that the Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

**IT IS SO STIPULATED.**

DATED:  December 23, 2014          GREENBERG TRAURIG, LLP

                                   By      /s/ Kurt A. Kappes
                                   KURT A. KAPPES
                                   Attorneys for Defendant IAC/InterActive Corp.


DATED:  December 23, 2014          HOGUE & BELONG

                                   By      /s/ Jeffrey L. Hogue
                                   JEFFREY L. HOGUE, ESQ.
                                   Attorneys for Plaintiff Robert Arriaga

**ORDER:**

Pursuant to the Parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

1. Plaintiff shall submit his claims at issue in the above-referenced Action to final and binding arbitration pursuant to the Arbitration Agreement;

2. Plaintiff's Action is hereby stayed pending arbitration; and

3. This Court shall retain jurisdiction over this matter pending the conclusion of the arbitration.

**IT IS SO ORDERED.**

Dated: January 7, 2015

*[signature]*
United States District Judge
Northern District of California